UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 22 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR052 RWS/DDN |
| LARRY HENRY, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 10, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**LARRY HENRY,**

acting with others, did obstruct, delay, and affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Pure Pleasure Megacenter, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2 and 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about January 10, 2020, in the City of St. Louis, within the Eastern District of Missouri,

## LARRY HENRY,

acting with others, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, and affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery, as charged in Count One herein. .

In violation of Title 18, United States Code, Sections 2 and 924(c)(1) (A)(ii).


A TRUE BILL.


_____
FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney